IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 21 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. '08 - CV - 02534

(The above civil action number must appear on all future papers sent to the Court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

TAWNYA GOETZ,
DEBORAH WAY,
MONICA FISHER,
MAEGHAN DODGE,
SHIRELLE GUZMAN,
HEATHER POWERS,
SILVANA ANDRADE,
THERESA GARCIA,
REGINA VIGIL,
DAGNY BROWN,
PAMELA CISNEROS,
MARY LOZANO,
PAMELA JOHNSON, and
TAMI YELVINGTON,

Plaintiffs,

v.

ARISTEDE ZAVARAS,
LARRY REID,
JOHN DOES I THROUGH X, and
JANE DOES I THROUGH X,

Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND INSTRUCTING PLAINTIFFS TO CURE DEFICIENCIES

Plaintiffs Tawnya Goetz, Deborah Way, Monica Fisher, Maeghan Dodge, Shirelle

Guzman, Heather Powers, Silvana Andrade, Theresa Garcia, Regina Vigil, Dagny

Brown, Pamela Cisneros, Mary Lozano, Pamela Johnson, and Tami Yelvington have

submitted to the Court a Prisoner Complaint. Only Plaintiff Tawnya Goetz has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that there are deficiencies in the filings submitted to the Court as described in this Order. Notwithstanding the deficiencies, the Clerk of the Court will be directed to commence a civil action.

Plaintiffs Deborah Way, Monica Fisher, Maeghan Dodge, Shirelle Guzman, Heather Powers, Silvana Andrade, Theresa Garcia, Regina Vigil, Dagny Brown, Pamela Cisneros, Mary Lozano, Pamela Johnson, and Tami Yelvington will be directed to cure the following if they wish to pursue their claims. Any papers that Plaintiffs file in response to this Order must include the civil action number that is in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) xx is not submitted by Plaintiffs **Deborah Way, Monica Fisher, Maeghan Dodge, Shirelle Guzman, Heather Powers, Silvana Andrade, Theresa Garcia, Regina Vigil, Dagny Brown, Pamela Cisneros, Mary Lozano, Pamela Johnson, and Tami Yelvington**
(2) ___ is missing affidavit
(3) xx is missing certified copies of prisoners' trust fund statements for the 6-month period immediately preceding this filing (**For Deborah Way, Monica Fisher, Maeghan Dodge, Shirelle Guzman, Heather Powers, Silvana Andrade, Theresa Garcia, Regina Vigil, Dagny Brown, Pamela Cisneros, Mary Lozano, Pamela Johnson, and Tami Yelvington**)
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint, Petition or Application:**
(10) \_\_ is not submitted
(11) \_\_ is not on proper form (must use the court's current form)
(12) \_\_ pleading submitted is missing an original signature by all of the prisoners
(13) \_\_ is missing page nos. \_\_
(14) \_\_ uses et al. instead of listing all parties in caption
(15) \_\_ An original and a copy have not been received by the court. Only an original has been received.
(16) \_\_ Sufficient copies of the complaint for service on each defendant/respondent have not been received by the court.
(17) \_\_ names in caption do not match names in text
(18) \_\_ Other

Accordingly, it is

ORDERED that the Clerk of the Court commence a civil action in this matter. It is

FURTHER ORDERED that Plaintiffs Deborah Way, Monica Fisher, Maeghan Dodge, Shirelle Guzman, Heather Powers, Silvana Andrade, Theresa Garcia, Regina Vigil, Dagny Brown, Pamela Cisneros, Mary Lozano, Pamela Johnson, and Tami Yelvington cure the deficiencies designated above **within thirty days from the date of this Order**. Any paper that Plaintiffs file in response to this Order must include the civil action number that is in the caption of this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to all Plaintiffs a copy of this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiffs Deborah Way, Monica Fisher, Maeghan Dodge, Shirelle Guzman, Heather Powers, Silvana Andrade, Theresa Garcia, Regina Vigil, Dagny Brown, Pamela Cisneros, Mary Lozano, Pamela Johnson, and Tami Yelvington two copies each of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 Court-approved form. It is

FURTHER ORDERED that if Plaintiffs Deborah Way, Monica Fisher, Maeghan Dodge, Shirelle Guzman, Heather Powers, Silvana Andrade, Theresa Garcia, Regina Vigil, Dagny Brown, Pamela Cisneros, Mary Lozano, Pamela Johnson, and Tami Yelvington fail to cure the designated deficiencies **within thirty days from the date of this Order** they will be dismissed as parties to this action without further notice.

DATED at Denver, Colorado, this 19th day of November, 2008.

BY THE COURT:

*Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '08 - CV - 02534

Tawnya Goetz
Prisoner No. 116598
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Deborah Way
Prisoner No. 139148
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Monica Fisher
Prisoner No. 138591
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Meaghan Dodge
Prisoner No. 123998
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Shirelle Guzman
Prisoner No. 118941
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Heather Powers
Prisoner No. 136986
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Silvana Andrade
Prisoner No. 114881
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Theresa Garcia
Prisoner No. 108035
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Regina Vigil
Prisoner No. 141427
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Dagny Brown
Prisoner No. 102486
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Pam Cisneros
Prisoner No. 92153
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Mary Lozano
Prisoner No. 127199
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Pamela Johnson
Prisoner No. 64097
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Tami Yelvington
Prisoner No. 121982
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER to the above named indiviuals and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 form to Deborah Way, Monica Fisher, Maeghan Dodge, Shirelle Guzman, Heather Powers, Silvana Andrade, Theresa Garcia, Regina Vigil, Dagny Brown, Pamela Cisneros, Mary Lozano, Pamela Johnson, and Tami Yelvington on** 11/21/08

                                       GREGORY C. LANGHAM, CLERK

                                  By: _____
                                              Deputy Clerk