IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02534-BNB

TAWNYA GOETZ,
DEBORAH WAY,
MONICA FISHER,
MAEGHAN DODGE,
TAMI YELVINGTON,
KATHLEEN CLARK,
TINA BOWMAN,
TESSIE KING,
RACHEL BOWMAN,
KIONNA REAVES,
SHIRELLE GUZMAN,
KATHERINE FISHER,
PAM CISNEROS,
MARY LOZANO,
DAGNY BROWN,
REGINA VIGIL,
THERESA GARCIA,
APRIL POPE, and
HEATHER POWERS,

    Plaintiffs,

v.

ARISTEDE ZAVARAS,
BILL RITTER,
LARRY REID,
LAURIE McGOWAN,
STEVEN OWENS,
JOHN DOES I THROUGH X, and
JANE DOES I THROUGH X,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 5 2009

GREGORY C. LANGHAM
CLERK

ORDER DIRECTING PLAINTIFFS TO SUBMIT AMENDED MOTIONS
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

At the time Plaintiffs Theresa Garcia and Katherine Fisher initiated the instant action, they were in the custody of the Colorado Department of Corrections and were incarcerated at the LaVista Correctional Facility in Pueblo, Colorado. Ms. Garcia and Ms. Fisher submitted to the Court Changes of Address indicating that they no longer are incarcerated and are residing in Englewood, Colorado, and Fort Collins, Colorado, respectively.

Plaintiffs' continuing obligation to pay the filing fee is to be determined, like any nonprisoner, solely on the basis of whether they qualify for *in forma pauperis* status. *See Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2$^{d}$ Cir. 1996). Therefore, Plaintiffs will be ordered to submit an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Plaintiffs may elect to pay the $350.00 filing fee to pursue their claims in this action. Accordingly, it is

ORDERED that Ms. Garcia and Ms. Fisher shall each submit within thirty days from the date of this Order an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Plaintiffs may elect to pay the $350.00 filing fee to pursue their claims in this action. It is

FURTHER ORDERED that the Clerk of the Court shall mail to both Ms. Garcia and Ms. Fisher, together with a copy of this Order, two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, used by nonprisoners in submitting requests to proceed pursuant to § 1915. It is

FURTHER ORDERED that if Plaintiffs fail to comply with the instant Order, within thirty days, the Complaint and action will be dismissed without further notice.

DATED January 5, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02534-BNB

Tawnya Goetz
Prisoner No. 116598
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Tina Bowman
Prisoner No. 131680
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Pam Cisneros
Prisoner No. 92153
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Deborah Way
Prisoner No. 139148
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Tessie King
Prisoner No. 80559
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Mary Lozano
Prisoner No. 127199
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Monica Fisher
Prisoner No. 138591
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Rachel Bowman
Prisoner No. 135709
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Dagny Brown
Prisoner No. 102486
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Meaghan Dodge
Prisoner No. 123998
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Kionna Reaves
Prisoner No. 140574
Denver Women's Corr. Facility
PO Box 392005
Denver, CO 80239

Regina Vigil
Prisoner No. 141427
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Tami Yelvington
Prisoner No. 121982
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Shirelle Guzman
Prisoner No. 118941
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Theresa Garcia
4211 ½ S. Acoma St.
Englewood, CO 80113

April Pope
Prisoner No. 69820
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Kathleen Clark
Prisoner No. 55346
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Katherine Fisher
c/o Nicole Martinez
820 Merganser Dr. 1601
Ft. Collins, CO 80524

Heather Powers
Prisoner No. 136986
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

I hereby certify that I have mailed a copy of the **ORDER to the above named individuals and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 form to Theresa Garcia and Katherine Fisher** 1/5/09.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk