IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02534-BNB

TAWNYA GOETZ,
DEBORAH WAY,
MONICA FISHER,
MAEGHAN DODGE,
TAMI YELVINGTON,
KATHLEEN CLARK,
TINA BOWMAN,
TESSIE KING,
RACHEL BOWMAN,
KIONNA REAVES,
SHIRELLE GUZMAN,
KATHERINE FISHER,
PAM CISNEROS,
MARY LOZANO,
DAGNY BROWN,
REGINA VIGIL,
APRIL POPE, and
HEATHER POWERS,

    Plaintiffs,

v.

ARISTEDE ZAVARAS,
BILL RITTER,
LARRY REID,
LAURIE McGOWAN,
STEVEN OWENS,
JOHN DOES I THROUGH X, and
JANE DOES I THROUGH X,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 04 2009

GREGORY C. LANGHAM
CLERK

---

**ORDER DIRECTING PLAINTIFFS TAMI YELVINGTON, DAGNA BROWN,
KIONNA REAVES, AND APRIL POPE TO CURE DEFICIENCIES**

---

Originally, a Prisoner Complaint was filed in the instant action listing Tawnya Goetz, Deborah Way, Monica Fisher, Maeghan Dodge, Shirelle Guzman, Heather Powers, Silvana Andrade, Theresa Garcia, Regina Vigil, Dagny Brown, Pamela Cisneros, Mary Lozano, Pamela Johnson, and Tami Yelvington. On December 15, 2008, Plaintiffs filed an Amended Complaint. In the Amended Complaint, seven individuals were added as Plaintiffs, including, Kathleen Clark, Tina Bowman, Tessie King, Rachel Bowman, Kionna Reaves, Katherine Fisher, and April Pope.

It has come to the attention of the Court that Plaintiff Kionna Reaves has failed to submit to the Court a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a certified copy of her trust fund account statement. April Pope also has failed to submit a Prisoner's Motion and Affidavit. The Court further notes that Plaintiffs Dagna Brown and Tami Yelvington, although named in the original Complaint and subject to the November 21, 2008, Order to Cure, also have failed to submit certified copies of their trust fund account statements.

The Court will not proceed to address the merits of the claims set forth in the Amended Complaint until all Plaintiffs have provided the required documents. Accordingly, it is

ORDERED that Plaintiffs Tami Yelvington, Kionna Reaves, Dagna Brown, and April Pope cure the deficiencies designated above **within thirty days from the date of this Order.** It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiffs Kionna Reaves and April Pope two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 Court-approved form. It is

FURTHER ORDERED that if Plaintiffs Tami Yelvington, Kionna Reaves, Dagny Brown, and April Pope fail to cure the designated deficiencies, **within thirty days from the date of this Order**, they will be dismissed without further notice.

DATED March 4, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02534-BNB

Tawnya Goetz
Prisoner No. 116598
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Deborah Way
Prisoner No. 139148
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Monica Fisher
Prisoner No. 138591
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Meaghan Dodge
Prisoner No. 123998
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Tami Yelvington
Prisoner No. 121982
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Kathleen Clark
Prisoner No. 55346
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Tina Bowman
2934 E. Fountain Blvd.
Colo. Springs, CO 80901

Tessie King
Prisoner No. 80559
Denver Women's Corr. Facility
PO Box 392005
Denver, CO 80239

Rachel Bowman
Prisoner No. 135709
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Kionna Reaves
Prisoner No. 140574
DWCF
PO Box 392005
Denver, CO 80239

Shirelle Guzman
Prisoner No. 118941
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Katherine Fisher
c/o Nicole Martinez
820 Merganser Dr. 1601
Ft. Collins, CO 80524

Pam Cisneros
Prisoner No. 92153
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Mary Lozano
Prisoner No. 127199
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Dagny Brown
Prisoner No. 102486
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Regina Vigil
Prisoner No. 141427
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

April Pope
Prisoner No. 69820
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

Heather Powers
Prisoner No. 136986
La Vista Corr. Facility
1401 West 17th Street
Pueblo, CO 81003

I hereby certify that I have mailed a copy of the **ORDER to the above named individuals and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 to Kionna Reaves and April Pope on** 3/4/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk