**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  08-cv-02534-BNB

TAWNYA GOETZ,
DEBORAH WAY,
MONICA FISHER,
MAEGHAN DODGE,
KATHLEEN CLARK,
TESSIE KING,
KATHERINE FISHER, and
HEATHER POWERS,

      Plaintiff,

v.

ARISTEDES ZAVARAS, In his Individual and Official Capacity,
LARRY REID, In his Individual and Official Capacity,
LAURIE McGOWAN, In his Individual and Official Capacity,
GLEN SCHAFFER, In his Individual and Official Capacity,
BETH HOLLOWAY, In his Individual and Official Capacity,
STEVEN OWENS, In his Individual and Official Capacity,
BARBARA ROOT, In his Individual and Official Capacity,
J. SCOLERI, In his Individual and Official Capacity,
S. HUGHBANKS, In his Individual and Official Capacity,
DARLA PACHECO, In his Individual and Official Capacity,
STEVEN OWENS, In his Individual and Official Capacity,
MACK MARTINEZ, In his Individual and Official Capacity,
BRYAN DUPPS, In his Individual and Official Capacity,
SAMUEL JARAMILLO, In his Individual and Official Capacity, and
C. CROCKETT, In his Individual and Official Capacity,

      Defendants.

---

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      On August 19, 2009, Plaintiffs filed a Motion to File Second Amended Complaint (Doc. # 92).  The Motion is DENIED as unnecessary.

Dated:  September 1, 2009