IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02534-KLM-KMT

TAWNYA GOETZ,
KATHLEEN CLARK,
KATHERINE FISHER,
MONICA FISHER,
TESSIE KING,
APRIL POPE,
HEATHER POWERS,
DEBORAH WAY, and
TAMI YELVINGTON,

    Plaintiff,

v.

ARISTEDE ZAVARAS, and
LARRY REID,

    Defendants.
_____

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on December 9, 2009, by Judge Philip A. Brimmer and was assigned to Magistrate Judge Kristen L. Mix on December 9, 2009.  Pursuant to 28 U.S.C. § 636(c),  28 U.S.C. § 636(b)(1)(A) and (B), and Fed. R. Civ. P. 72(a) & (b),

    IT IS HEREBY **ORDERED** that Magistrate Judge Kathleen M. Tafoya is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

    IT IS FURTHER **ORDERED** that the Order of Reference to Magistrate Judge Kathleen M. Tafoya, entered by Judge Philip A. Brimmer on November 6, 2009  [Docket No. 101], is **VACATED**.

    IT IS FURTHER **ORDERED** that a Final Pretrial Conference is for before Magistrate Judge Kristen L. Mix on **July 13, 2010 at 10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  The

parties shall submit their proposed Final Pretrial Order to Magistrate Judge Mix **five (5) business days** prior to the Final Pretrial Conference date.  All other deadlines and hearings set by the Scheduling Order shall remain in effect, unless reset by further Order of the Court.

      IT IS FURTHER **ORDERED** that a five-day jury trial is scheduled for **November 8- November 12, 2010** before Magistrate Judge Mix.

Dated:  December 11, 2009